UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD C. RODOLF, | ) | CASE NO. C08-0475-TSZ-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING REQUEST FOR |
| | ) | APPOINTMENT OF COUNSEL |
| CHRISTOPHER KIELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Richard Charles Rodolf, proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action, submitted a letter which the Court construes as containing a request for appointment of counsel. (Dkt. 14.) Having considered that request, as well as the remainder of the record, the Court does hereby find and ORDER:

(1) There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, plaintiff has shown neither exceptional circumstances, nor an inability to articulate his claims *pro se* that would warrant the appointment of counsel. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Accordingly, plaintiff's request for

ORDER DENYING REQUEST FOR
APPOINTMENT OF COUNSEL
PAGE -1

01  appointment of counsel (Dkt. 14) is DENIED.

02      (2)    The Clerk is directed to send copies of this Order to plaintiff, to defendants, and

03  to the Honorable Robert S. Lasnik.

04      DATED this 13th day of June, 2008.

05

06  
Mary Alice Theiler
United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING REQUEST FOR
APPOINTMENT OF COUNSEL
PAGE -2