UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD C. RODOLF,  )  CASE NO. C08-0475-RSL-MAT
      Plaintiff,  )
      v.  )  ORDER DENYING PLAINTIFF'S
        )  MOTIONS
CHRISTOPHER KIELAND, et al.,  )
      Defendants.  )

Plaintiff Richard Charles Rodolf, proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action, moves for appointment of counsel (Dkt. 25), for discovery (Dkt. 26), and for a protective order until he is represented by court-appointed counsel (Dkt. 27). Having considered these motions, as well as the remainder of the record, the Court does hereby find and ORDER:

1. Plaintiff's motion for appointment of counsel (Dkt. 25) is DENIED for the reasons stated in the Court's denial of his previous motion for appointment of counsel. (*See* Dkt. 18.)

2. Plaintiff's motion for discovery is STRICKEN (Dkt. 26) as improperly presented. The Court declines to interpret plaintiff's motion to be a motion to compel because there is no indication that defendants have failed to respond to interrogatories or to requests for production. The Court reminds plaintiff that the Federal Rules of *Civil* Procedure, rather than the Federal Rules of *Criminal* Procedure, apply to this civil action. (*See* Dkt. 24 at 1.) To the extent that

plaintiff attempts, through his motion, to serve interrogatories on defendants, the Court notes that his attempt at service is untimely. ( *See id.* ("The serving party . . . must serve his/her interrogatories at least **thirty (30) days** before the deadline in order to allow the other party time to answer.") The discovery deadline was October 20, 2008. Plaintiff's motion was dated September 22, 2008, and filed September 29, 2008. The Court does, however, encourage the parties to resolve any outstanding discovery disputes on mutually agreeable terms.

3. Plaintiff's letter dated October 13, 2008 (Dkt. 27) is interpreted to be a motion for a protective order and is DENIED. Plaintiff has no right to court-appointed counsel and may not refuse to attend a deposition because he has chosen to proceed *pro se*. The Court extends the discovery deadline solely for the purpose of allowing defendants to depose plaintiff within fourteen (14) days of the date of this Order.

4. The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable Robert S. Lasnik.

DATED this 30th day of October, 2008.

Mary Alice Theiler
United States Magistrate Judge