UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD C. RODOLF, | ) | CASE NO.: C08-0475-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN PART AND DENYING IN PART |
| CHRISTOPHER KIELAND, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed defendants' motion for summary judgment (Dkt. 37), plaintiff's opposition response thereto (Dkt. 44), defendants' reply (Dkt. 45), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment (Dkt. 37) is GRANTED as to Deputies David Mann and Gregory Martinez, and DENIED as to defendants Kieland, Micic, and Connelly; and,

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
IN PART AND DENYING IN PART
PAGE -1

01         defendants, and to Judge Theiler.

02     DATED this 13th day of May, 2009.

*MrS Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
IN PART AND DENYING IN PART
PAGE -2