1
2
3
4
5
6                           UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    RICHARD C. RODOLF,

9                      Plaintiff,
                                              NO. C08-475RSL
10              v.

11                                            ORDER CONTINUING PLAINTIFF'S
     CHRISTOPHER KIELAND, *et al.*,            MOTION TO SUBPOENA MEDICAL
12                                            RECORDS

13                     Defendant.

14

15          This matter comes before the Court on plaintiff's "[Motion] to Postpone 'Motion to

16   Subpoena Medical Records' Until June 5th 2009," Dkt. #54.  Plaintiff asks the Court to continue

17   his previous motion to subpoena medical records, Dkt. #51, so that he may arbitrate with the

18
     defendants and "hopefully . . . come to some kind of mutually agreeable terms," Dkt. #54 at 4.
19
            The Court hereby GRANTS plaintiff's motion to continue the motion to subpoena
20
     medical records (Dkt. #54).  The Clerk of the Court is directed to renote plaintiff's "Motion to
21

22   Subpoena Medical Records" (Dkt. #51) to June 5, 2009.

23

24

25

26
     ORDER CONTINUING
27   PLAINTIFF'S MOTION TO
     SUBPOENA MEDICAL RECORDS – 1
28

1    DATED this 13th day of May, 2009.

2

3

4

5

6
                                        _Robert S. Lasnik_
7                                        Robert S. Lasnik
                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

     ORDER CONTINUING
27   PLAINTIFF'S MOTION TO
     SUBPOENA MEDICAL RECORDS – 2
28