HONORABLE ROBERT S. LASNIK



08-CV-00475-RCPT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD CHARLES RODOLF,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTOPHER KIELAND, et al,<br><br>  Defendants. | No. CV08-475RSL<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY COMPLETION DATE**<br><br>[PROPOSED] |

## I.   STIPULATION OF PARTIES

On August 20, 2009, the Court entered an Amended Order Setting the Trial Date and Related Dates in this matter [Dkt. 73]. Pursuant to that Order, discovery was to be completed by December 6, 2009. One of the defendants, Dragic Micic, is no longer employed by the King County Sheriff's Office and was difficult to locate. He was not available to be deposed either in person or by telephone prior to the discovery deadline. However, counsel have been notified that he is in the Seattle area for the holiday season and is available to be deposed this week. The parties stipulate and agree that his testimony is essential to resolving some of the factual disputes in this matter. There is clearly good cause to extend the deadline until December 23rd to accommodate his deposition testimony.

AGREED ORDER EXTENDING DISCOVERY - 1
Cause No. CV08-475RSL

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

To that end and pursuant to the Court's order allowing for an alteration of the discovery date "upon good cause shown," plaintiff's counsel and defendants' counsel agree to extend the discovery completion date until the end of December 23, 2009.

RESPECTFULLY submitted,

| | |
|---|---|
| This 15th day of December, 2009<br>ATTORNEY AT LAW | This 15th day of December, 2009<br>KING COUNTY PROSECUTOR'S OFFICE |
| /s/ LYNNE WILSON<br>Lynne Wilson, WSBA #17606<br>Attorney for Plaintiff | /s/ KERRY JANE KEEFE<br>Kerry Jane Keefe, WSBA #17204<br>Attorneys for Defendants |

## II.   ORDER

IT IS HEREBY ORDERED:

That the discovery deadline as listed in the Court's Order of August 20, 2009 [Dkt. 73] is extended to December 23, 2009 for the sole purpose of taking the deposition testimony of defendant Dragic Micic.

IT IS SO ORDERED.

ENTERED this 16th day of December, 2009.

_____
HONORABLE ROBERT LASNIK

AGREED ORDER EXTENDING DISCOVERY - 2
Cause No. CV08-475RSL

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820 Fax (206) 296-8819

1 | Presented by:

2

3 | LYNNE WILSON, ATTORNEY AT LAW

4 | /s/ LYNNE WILSON
Lynne Wilson, WSBA #17606
Attorney for Plaintiff
5 | P.O. Box 22322
Seattle, WA 98122-0322
6 | Tel: 206-328-0224   Fax: 206-322-7697
Lynnewilsonatty@gmail.com
7

8 | KING COUNTY PROSECUTOR'S OFFICE

9 | /s/ KERRY JANE KEEFE
Kerry Jane Keefe, WSBA #17204
Attorney for Defendants
10 | King County Prosecutor's Office
500 – 4th Avenue, #900
11 | Seattle, WA 98104-5039
Tel: 206-296-0430   Fax: 206-296-8819
12 | kerry.keefe@kingcounty.gov

13

14

15

16

17

18

19

20

21

22

23

24

AGREED ORDER EXTENDING DISCOVERY - 3
Cause No. CV08-475RSL

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819